# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cabranes, Jose A | 2. Court or Organization<br><br>U.S. Court of Appeals -2d Cir. | 3. Date of Report<br><br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. Report Type (check appropriate type)<br><br>Nomination     Date<br><br>Initial   • Annual    Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>141 Church Street<br><br>New Haven, CT   06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____     Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.     See "Attachment A" hereto | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instruction )

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE REPORT
FINANCIAL
May 13 12:15 PM '05
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 6/30/04 | University of Chicago Press (Royalties) |
| 2. 2004 | Kirkpatrick & Lockhart Nicholson Graham, LLP, Pittsburgh, PA (consulting fees) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. See "Attachment B" hereto | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✓ NONE – (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE – (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Apartment, Santurce, Puerto Rico | | Rent | K | W | | | | | |
| 2. Apartment, Santurce, Puerto Rico | | None | K | W | | | | | |
| 3. Apartment, Santurce, Puerto Rico | | None | K | W | | | | | |
| 4. Apartment, Santurce, Puerto Rico | | None | K | W | | | | | |
| 5. Fidelity Asset Manager | D | Dividend | L | T | | | | | |
| 6. Fidelity Blue Chip Growth Fund (IRA) | | Dividend | M | T | | | | | |
| 7. Missouri Zero Coupon College Savings Bond | A | Interest | J | T | | | | | |
| 8. CT Higher Education Trust | | Dividend | K | T | | | | | |
| 9. CT Higher Education Trust | | Dividend | K | T | | | | | |
| 10. New Alliance Bank f/k/a New Haven Savings Bank Account | A | Interest | K | T | | | | | • |
| 11. Citizens Bank Checking Account | A | Interest | K | T | | | | | |
| 12. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 13. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 14. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 15. Citizens Bank Money Market Account | A | Dividend | K | T | | | | | |
| 16. May Department Stores Co. | A | Dividend | K | T | | | | | |
| 17. May Department Stores Co. | A | Dividend | K | T | | | | | |
| 18. TIAA-CREF Annuity | C | Annuity | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. See "Attachment C" hereto | | | | | | | | | |

Income Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,001-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                           P4 = More than $50,000,000
Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)  S = Assessment              T = Cash-Market
(See Column C2)             U = Book Value             V = Other                  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Cabranes, Jose A | 5/12/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 12, 2005


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004


ATTACHMENT A

I.    Positions

Trustee of Columbia University, New York, NY

Trustee of the William Nelson Cromwell Foundation, New York, NY

Member of the Academic Advisory Committee of the Institute for Constitutional Studies, The
        George Washington University, Washington, DC

Attorney-in-fact for a relative, under a "Durable General Power of Attorney"
        executed May 16, 1988 and "protocolized" under the laws of the Commonwealth of Puerto
        Rico.


Note:  No income of any kind was derived from any of the "positions" or services or activities noted in this
       Attachment A

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 12, 2005

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004

ATTACHMENT B

IV.    Reimbursements - transportation, lodging, food, entertainment:

Source                              Description

1. Columbia University              Meals, and the cost of transportation and (where indicated) lodging, to and
   New York, NY                     from New York in connection with my duties as a Columbia trustee at each of
                                    the following meetings of the Board of Trustees or its committees in New
                                    York:

                                    February 2, 2004
                                    March 5-6, 2004 (lodging also)
                                    June 4-5, 2004
                                    September 23, 2004
                                    December 3-4, 2004

2.  Yale China Law Center,          Meals, lodging and the cost of transportation to and from the Yale China Law
    Yale Law School,                Center conference on judicial independence in China, held in Beijing, China
    New Haven, CT                   (accompanied by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of Yale Law School, a fellow
                                    participant in the conference).

                                    January 4-11, 2004

3. Fordham University               Meals and cost of transportation to and from Fordham University Law School,
   Law School                       New York, NY, to speak to Latino Law Students and Alumni
   New York, NY

                                    April 1, 2004

-1-

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 12, 2005

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004

ATTACHMENT C

VIII. Additional information or explanations. (Indicate part of Report).

VII, 2, 3, 4, 6, 8, 9:    Absent the ability to write "none" or "zero" on this computer form, no entry appears under B(1) for each of these entries, signifying that no "income" was obtained for these assets.

VII, 1:  No net income derived from apartment.

VII, 2, 3, 4:    I own what Puerto Rico law characterizes as an "undivided interest" of 25% of the title and the value of each of three apartments in Puerto Rico as a result of a testamentary disposition. I have no beneficial interest in any rental arrangements for two of these studio apartments (VII, 3, 4) and I derive no income from them. No income is derived by me or anyone else from the third apartment (VII, 2).

-2-